April 13, 1979

408 A.2d 531

Commonwealth v. Jackson, Appellant.

Submitted October 26, 1978. Thomas T. Frampton, for appellant; David B. Douds, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Order of the lower court is hereby affirmed.

408 A.2d 532

Commonwealth v. Lantzy, Appellant.
Petition for Allowance of Appeal Denied Sept. 4, 1979.

Submitted October 26, 1978. Robert W. McFate, for appellant; Miles R. Lynn, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Order of the lower court is hereby affirmed.